# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Crystal Smith, | **NO. CV-18-00490-TUC-RM (MSA)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| November Bar N Grill LLC, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 25, 2020, which granted the Motion for Summary Judgment, Plaintiff's claims under the Fair Labor Standards Act are dismissed with prejudice and claims under the Arizona Minimum Wage Act and the Arizona Wage Act are dismissed without prejudice.

Debra D. Lucas
Acting District Court Executive/Clerk of Court

February 25, 2020

By   s/ A Calderón
     Deputy Clerk